costs, and, on payment of an additional $10, leave given to apply to the court below to open default.

---

**COLLISTER v. HAYMAN et al.** (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by William H. Collister against Albert Hayman and others. No opinion. Motion denied, with $10 costs.

---

**CONNOR v. VILLAGE OF WOLCOTT.** (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) Action by Caroline D. Connor against the village of Wolcott. No opinion. Plaintiff's exceptions overruled, and motion for new trial denied, with costs, and judgment ordered for the defendant, on the dismissal of the complaint, with costs.

---

**CONRADY, Respondent, v. GLEICHMAN,** Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Howard C. Conrady against William Gleichman. No opinion. Judgment and order of the county court of Kings county unanimously affirmed, with costs.

---

**CONWAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by James Conway against the Brooklyn Heights Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

**CONWAY, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Elizabeth Conway against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

**COSMIDES, Appellant, v. McKINNEY, Respondent.** (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Christo Cosmides against Andrew McKinney. T. J. O'Neill, for appellant. W. H. Lyons, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

**COURT ST. THEATER CO., Respondent, v. EMPIRE CIRCUIT CO. et al., Appellants.** (Supreme Court, Appellate Division, Fourth Department. July 8, 1902.) Action by the Court Street Theater Company against the Empire Circuit Company and others. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to the defendants' right to hereafter demur to the plaintiff's complaint, if they so elect.

McLENNAN, J., dissenting, upon the ground that the complaint does not state a cause of action.

**COX, Respondent, v. NEW YORK CENT. & H. R. R. CO. et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 10, 1902.) Action by Amanda E. Cox, as administratrix, etc., of Amanda F. Howard, deceased, against the New York Central & Hudson River Railroad Company and others. No opinion. Order affirmed, with $10 costs and disbursements. See 74 N. Y. Supp. 1011.

---

**CRAIG v. JAMES et al.** (Supreme Court, Appellate Division, First Department. June 20, 1902.) Action by Robert A. Craig against Thomas L. James and others. No opinion. Motion denied.

---

**CUNAN, Respondent, v. CASALE et al., Appellants.** (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by Thomas Cunan against Salvator Casale and Nichola Carrano. No opinion. Judgment of the municipal court affirmed, by default, with costs.

---

**In re DALY.** (Supreme Court, Appellate Division, Second Department. June 19, 1902.) In the matter of the application and petition of Michael T. Daly, as commissioner of public works of the city of New York, etc., to acquire certain real estate, etc., Carmel (Lake Gleneida). No opinion. Motions denied.

---

**In re DAVENPORT.** (Supreme Court, Appellate Division, Second Department. June 13, 1902.) In the matter of the settlement of the account of William B. Davenport, as administrator, etc., of Eliza T. White, deceased. No opinion. Order of surrogate's court of Kings county, so far as appealed from, affirmed, with $10 costs and disbursements. See 74 N. Y. Supp. 940.

---

**DAVIES et al. v. CLARK.** (Supreme Court, Appellate Division, First Department. June 6, 1902.) Action by William E. Davies and others against Francis A. Clark. No opinion. Motion to open default granted, on payment of $10 costs.

---

**DENT, Appellant, v. GRIMM, Respondent.** (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Thomas Dent against Louis Grimm. T. P. Wickes, for appellant. L. S. Carrere, for respondent. No opinion. Judgment and order affirmed, with costs.

---

**DENT, Appellant, v. GRIMM, Respondent.** (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Mary Dent against Louis Grimm. T. P. Wickes, for appellant. L. S. Carrere, for respondent. No opinion. Judgment and order affirmed, with costs.

---

**DEXTER, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent.** (Su-